# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>RYAN SAMSEL<br>DOB: ▉<br><br>*Defendant(s)* | Case: 1:21-mj-00188<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 1/29/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 6, 2021** in the county of _____ in the _____ District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111; | Forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal agent while they are engaged in their official duties; |
| 18 U.S.C. 231(a)(3); | Committed or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties; |
| 18 U.S.C. § 1512(c)(2) | Obstructed, influenced, or impeded any official proceeding, or attempt to do so |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☑ Continued on the attached sheet.

*Complainant's signature*

Stewart Curcio, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 29th day of January 2021.

Date: 01/29/2021

2021.01.29 18:50:07 -05'00'
*Judge's signature*

City and state: Washington, D.C.

U.S. Magistrate Judge Zia Faruqui
*Printed name and title*