## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 21-mj-188** |
| : | |
| **RYAN SAMSEL,** : | |
| **Defendant.** : | |

### ORDER

This matter having come before the Court pursuant to a Motion to Continue, upon consent, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to extend the Preliminary Hearing to April 1, 2021; it is

FURTHER ORDERED that the period from January 29, 2021 to April 1, 2021 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The Court finds that COVID-19 has presented complications here that make it difficult for defense to meet with her client and prepare, and that delay is necessary for the parties to work on a potential resolution.

It Is So Ordered.

_____

United States Magistrate Judge

Entered: _____

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Consent Motion to Continue Preliminary Hearing was served upon counsel of record through the electronic court filing system, this 17th day of February 2021.

                By:    /s/   April N. Russo
                      April N. Russo
                      Assistant United States Attorney
                      PA Bar. Bar 313475
                      555 4th Street, N.W.
                      Washington, D.C. 20530
                      (202) 252-1717
                      April.russo@usdoj.gov