IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : CASE No: 1:21:MJ-00188 |
| | : |
| v. | : |
| | : |
| | : |
| RYAN SAMSEL, | : (Electronically Filed) |

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF COURTS AND ALL PARTIES OF RECORD:

Kindly enter my appearance on behalf of the defendant, Ryan Samsel.

I certify that I am admitted to practice before this Court.

Respectfully submitted,

Date: March 10, 2021

/s/ Elisabeth K. H. Pasqualini
EKHPLaw, LLC
407 N Front St., Suite 2
Harrisburg, PA 17101
Attorney ID# 201665
Tel. No. (717) 412-4386
Fax. No. (717) 674-7530
e@ekhplaw.com