UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 21-mj-188** |
| : | |
| **RYAN SAMSEL,** : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE PRELIMINARY HEARING AND FOR EXCLUDABLE DELAY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Consent Motion to Continue the Preliminary Hearing in the above-captioned matter to May 7, 2021. The Government and the defendant agree that there is good cause to extend the complaint in this case from January 29, 2021 to May 7, 2021, and to adjourn the preliminary hearing in this case to May 7, 2021. Defendant concurs in this request and agrees that it is in his best interest. In support thereof, the government states as follows:

1. The government and counsel for the defendant have conferred, and are continuing to communicate in an effort to resolve this matter. The current restrictions on counsel, particularly those impacting defense counsel's ability to communicate with her client, have slowed this process. Moreover, the defendant contracted COVID-19 while incarcerated, making him unavailable to defense counsel for three weeks and resulting in additional delay. The parties agree that the complaint will remain in full force and effect through the new date of May 7, 2021. The parties agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention

1

or pretrial release.

2. The parties, therefore, would respectfully request that the preliminary hearing and the date by which an information or an indictment must be filed be continued until May 7, 2021. The parties agree that the failure to grant this continuance "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore, "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(7)(A), and the parties request an order to that end. The parties agree that pursuant to 18 U.S.C. § 3161, the time from April 1, 2021 through May 7, 2021, shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until May 7, 2021.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        ACTING UNITED STATES ATTORNEY

    By:    /s/   April N. Russo
            April N. Russo
            Assistant United States Attorney
            PA Bar No. 313475
            U.S. Attorney's Office
            555 4th Street, N.W.
            Washington, D.C. 20530
            202-252-1717
            april.russo@usdoj.gov