IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.                            Case No.: **1:21-mj-00188-ZMF-1**

**RYAN SAMSEL**

## MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL

Comes now, the defendant, RYAN SAMSEL, by and through counsel and moves this Honorable Court to substitute Elisabeth K. H. Pasqualini, Esq. with the undersigned counsel, Robert L. Jenkins, Jr., Esq.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: 39161
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant RYAN SAMSEL


SO ORDERED,


_____          _____
                                                     Entered