AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
|  | ) |
| RYAN SAMSEL | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **RYAN SAMSEL**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Assault of a federal agent, in violation of 18 U.S.C. § 111; Obstruction of law enforcement officer engaged in lawful performance of duties, in violation of 18 U.S.C. 231(a)(3); Obstruction of official proceeding, in violation of 18 U.S.C. § 1512(c)(2).

Date: 01/29/2021

2021.01.29
18:51:03 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/29/21, and the person was arrested on *(date)* 1/30/21
at *(city and state)* Livitown, PA

Date: 1/30/21

*Arresting officer's signature*

STEWART CURCIO SPECIAL AGENT FBI
*Printed name and title*