IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

        v.        Case No.: **1:21-mj-00188-ZMF-1**

**RYAN SAMSEL**

## MOTION TO WITHDRAW MOTION FOR SUBSTITUTION OF COUNSEL

Comes now, the defendant, RYAN SAMSEL, by and through counsel and moves this Honorable Court to withdraw and strike from the record his previously filed motion to substitute Elisabeth K. H. Pasqualini, Esq. with the undersigned counsel, Robert L. Jenkins, Jr., Esq.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: 39161
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant RYAN SAMSEL

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF this April 2, 2021.

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: 39161
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant RYAN SAMSEL