# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RYAN SAMSEL,<br><br>Defendant. | Case No. 1:21-mj-00188 (ZMF)-1<br><br>**AMENDED DECLARATION OF STEVEN A. METCALF IN SUPPORT FOR ADMISSION TO PRACTICE *PRO HAC VICE*** |

I, Steven A. Metcalf II, hereby certify under penalty of perjury that the following is true and correct:

1. I am the Managing Partner with Metcalf & Metcalf, P.C., located at 99 Park Avenue, 25th Floor, New York, NY 10016.

2. I am an active member in good standing of the state bar of state bar of New York (5158472), and of the federal bar in the Southern District of New York (2014), Eastern District of New York (2014), Western District of New York (2021), and the Second Circuit Court of Appeals (2017).

3. I am a member in good standing of all the jurisdictions in which I am admitted to practice.

4. I have never been disciplined by any bar.

5. No disciplinary proceedings are pending against me.

6. I have not applied for admission *pro hac vice* in this Court. I did apply for *pro hac vice* in the Superior Court of Dooley, State of Georgia in the matter of

*Thomas Zerberini v. Aimee Smith*, Civil Action #: 19-DV0015. That application was granted on or about April of 2020.

7.  I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 25 U.S.C.) which pertains to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

8.  I thank the Court in advance for its consideration on this matter.

Dated: May 5, 2021

                                          Respectfully Submitted,

                                          */s/ Steven A. Metcalf II*
                                          _____
                                          STEVEN A. METCALF II, ESQ.
                                          *Attorney for Defendant*
                                          Metcalf & Metcalf, P.C.
                                          99 Park Avenue, 25th Floor
                                          New York, NY 10016
                                          (*Phone*) 646.253.0514
                                          (*Fax*) 646.219.2012