# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RYAN SAMSEL,**<br><br>            **Defendant.** | **Case No. 21-mj-188 (ZMF)** |

## **ORDER**

On June 10, 2021, the undersigned entered an Order, ECF No. 28, continuing the pretrial detention of the Defendant, but directing that the Defendant, at his request, be released temporarily from the custody of the Attorney General to the custody of the Commonwealth of Pennsylvania for the limited purpose of being incarcerated on the detainer warrant lodged against him in that jurisdiction. 18 U.S.C. § 3142(i). On June 14, 2021, the Court was informed that the Defendant had retained new counsel and was now opposed to this transfer. The Court will schedule a hearing to address issues regarding who is representing the Defendant and what the parties' requests are as to detention pending trial. It is therefore

**ORDERED**, that this Court's prior Order, ECF No. 28, is **VACATED**. The Defendant shall NOT be released into the custody of the Commonwealth of Pennsylvania unless and until a further Order so directing is issued by the Court.

**SO ORDERED.**

                                                                                       _____
Zia M. Faruqui
United States Magistrate Judge