# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-mj-188** |
| **v.** | : | |
| | : | |
| **RYAN SAMSEL** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Danielle Rosborough is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: June 20, 2021

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     */s/ Danielle Rosborough*
Danielle Rosborough
D.C. Bar No. 1016234
Trial Attorney, National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.
202-514-0073
Danielle.Rosborough@usdoj.gov

*/s/ April Russo*
APRIL N. RUSSO
Assistant United States Attorney
PA Bar No. 313475
555 4th Street NW, 4th Floor
Washington, D.C.
April.russo@usdoj.gov
(202) 252-1717