IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : CASE No: 1:21:MJ-00188 |
| | : |
| v. | : |
| | : |
| | : |
| RYAN SAMSEL, | : (Electronically Filed) |

## **MOTION TO WITHDRAW AS COUNSEL**

Comes now, Elisabeth K. H. Pasqualini, Esquire, and moves the court to permit her to withdraw as counsel for Ryan Samsel, and, in support thereof, states as follows:

1. The defendant was charged by criminal complaint on or about January 29, 2021 with violations of 18 U.S.C. § 111, 18 U.S.C. § 231(a)(3), and 18 U.S.C. § 1512(c)(2). (Doc. 1).

2. Undersigned counsel entered her appearance on behalf of the defendant on March 10, 2021. (Doc. 9).

3. Attorney John Pierce entered his appearance on behalf of the defendant on June 14, 2021. (Doc. 29).

4. Attorney Pierce appeared on behalf of the defendant at an assignment of counsel hearing on June 18, 2021, however, the defendant was not present.

5. Undersigned counsel was in trial and not present for the hearing.

6. An assignment of counsel hearing is scheduled for June 25, 2021 and a status hearing is scheduled for June 28, 2021.

7. Upon information and belief, Mr. Samsel wishes for Mr. Pierce to represent him in this matter going forward and does not object to undersigned withdrawing from this matter.

8. Granting the motion would not unfairly prejudice any party, unduly delay trial, or otherwise not be in the interests of justice.

    WHEREFORE, undersigned respectfully requests the court grant her motion to withdraw on behalf of Ryan Samsel.

Date: June 24, 2021

Respectfully submitted,
/s/ Elisabeth K. H. Pasqualini
EKHPLaw, LLC
407 N Front St., Suite 2
Harrisburg, PA 17101
Attorney ID# 201665
Tel. No. (717) 412-4386
Fax. No. (717) 674-7530
Attorney for Ryan Samsel