IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : CASE No: 1:21:MJ-00188 |
| v. | : |
| RYAN SAMSEL, | : (Electronically Filed) |

## ORDER OF COURT

AND NOW, this 25th day of June, 2021, upon consideration of the Motion to Withdraw as Counsel and based on Defendant's consent to Ms. Pasqualini's withdrawal as noted on the record during a hearing before the undersigned on June 25, 2021, IT IS HEREBY

ORDERED that the Motion is GRANTED. The undersigned finds that the withdrawal of counsel would not unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

_____
Zia M. Faruqui
United States Magistrate Judge
District Court for District of Columbia