# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 21-mj-188 |
| | : | |
| v. | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **RYAN SAMSEL,** | : | **18 U.S.C. § 231(a)(3),** |
| | : | **(Obstruction of Law Enforcement During Civil Disorder)** |
| | : | **18 U.S.C. § 111 (a)(1) and (b),** |
| | | **(Assaulting, Resisting, or Impeding Certain officers or Employees)** |
| | : | **18 U.S.C. § 1512(c)(2),** |
| **Defendant.** | : | **(Obstruction of Justice/Congress)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal exhibits, the Court finds that, because of such reasonable grounds to believe the disclosure will result in intimidation of potential witnesses, the release of private information concerning the defendant, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Government's memorandum/motion in support of sealing and the Government's exhibits be sealed.

Date:   June 3, 2021   *nunc pro tunc*

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ZIA FARUQUI
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE