# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | **Case No. 21-MJ-00188(ZMF)** |
| **v.** | ) | |
| | ) | |
| **RYAN SAMSEL** | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT RYAN SAMSEL'S STATUS UPDATE

PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 262-9333
*Attorney for Defendant Ryan Samel*

Defendant, Ryan Samsel, by and through his attorney, submits this Status Update ahead of the emergency status hearing calendared for August 5, 2021 at 3:00 PM before the Honorable Judge Furuqui. The purpose of this Status Update is to inform this Court regarding Mr. Samsel's representation, his health, and the conditions of his confinement.

Mr. Samsel is represented by Pierce Bainbridge P.C., John Pierce as lead counsel; however, Mr. Samsel is seeking other counsel to assist in his case.

Mr. Samsel is presently being detained at the Central Virginia Regional Jail, and has been so detained since.

Mr. Samsel is to undergo a major surgery and is concerned about his recovery where he is currently housed.  Currently, Mr. Samsel is detained and locked down for 24 hours a day.  While on lockdown, it is common for Ms. Samsel to not have contact with a corrections officer for several hours.  The concern arises regarding Mr. Samsel's safety post-surgery for the lack of care and Central Virginia Regional can provide.

Further, Mr. Samsel has been wrongfully assigned the status of "sex offender" from Major Haywood of Central Virigina Regional.  Because of such status Mr. Samsel has been moved to a cell that he is not allowed to leave.  After informing counsel of such conditions and the assignment of the sex offender status, Mr.

Samsel's firm contacted AUSA April Russo.  AUSA Russo contact Major Haywood

via email regarding the incorrect classification and was assured by Major Haywood

the classification has been updated; however, there has been no change.


<<SIGNATURES NEXT PAGE>>

Date: Aug. 2, 2021                    Respectfully submitted,


                                      /s/ John Pierce
                                      John M. Pierce
                                      Bar Number # 250443
                                      PIERCE BAINBRIDGE P.C.
                                      355 S. Grand Avenue, 44th Floor
                                      Los Angeles, CA 90071
                                      Tel: (213) 400-0725


                                      *Counsel for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, a copy of this document titled

Defendant Ryan Samsel's Status Update was served upon Government counsel

through electronic mail.

_____/s/_ John Pierce_____

John M. Pierce