IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | **Criminal No. 1:21-mj-00188-ZMF** |
| v. ) | |
| ) | |
| **RYAN SAMSEL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Ryan Samsel, by and through the undersigned retained counsel, and pursuant to Local Rule 44.5 of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia, hereby respectfully requests this Court Order the substitution of John M. Pierce with the undersigned retained counsel.

The undersigned submits that the substitution of counsel will not unnecessarily delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

[SIGNATURE ON NEXT PAGE]

Page **1**

Dated: August 12, 2021 Respectfully submitted,

      */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC 20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Ryan Samsel*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | **Criminal No. 1:21-mj-00188-ZMF** |
| v. | ) | |
| | ) | |
| **RYAN SAMSEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

On August 12, 2021, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

In addition, the undersigned will mail a copy of the foregoing motion to Defendant Ryan Samsel, whom the undersigned has specifically consulted in the filing of this motion, consistent with the requirements of Local Rule 44.5(d) of the Criminal Rules of Procedure for the Federal District Court of the District of Columbia.

                                                */s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
1808 Park Road NW
Washington, DC  20010
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Ryan Samsel*